AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   25-mj-1855 |
| BRETT MICHAEL DADIG | ) | |
| | ) | **[UNDER SEAL]** |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 2025-November 2025___ in the county of ___Allegheny___ in the ___Western___ District of ___Pennsylvania___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2261A(2)(A) and (B) | Cyberstalking - in and around August 2025 (Count One), July 2025 through November 2025 (Count Two), and August 2025 through October 2025 (Count Three) |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/Steven T. Nestoryak
*Complainant's signature*

Special Agent Steven T. Nestoryak, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___11/07/2025___

*Judge's signature*

City and state:    ___Pittsburgh, Pennsylvania___    Hon. Patricia L. Dodge, U.S. Magistrate Judge
*Printed name and title*