IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 25-1855 |
| BRETT MICHAEL DADIG | [UNDER SEAL] |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, BRETT MICHAEL DADIG, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant committed Cyberstalking, in and around August 2025 (Count One), July 2025 through November 2025 (Count Two), and August 2025 through October 2025 (Count Three), in violation of Title 18, United States Code, Section 2261A(2)(A) and (B).

Recommended bond:   Detention.

        Respectfully submitted,

        TROY RIVETTI
        Acting United States Attorney

By:   */s/ Nicole Vasquez Schmitt*
      NICOLE VASQUEZ SCHMITT
      Assistant U.S. Attorney
      PA ID No. 320316