IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 25-1855 |
| | ) | |
| BRETT MICHAEL DADIG | ) | **[UNDER SEAL]** |

### AFFIDAVIT IN SUPPPORT OF A CRIMINAL COMPLAINT

I, Steven T. Nestoryak, being first duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been employed as such since March 2017. I am currently assigned to the Counter Terrorism Division within the Pittsburgh Field Office. While employed by the FBI, I have investigated federal criminal violations related to matters of domestic terrorism, child exploitation, and cybercrime. I have gained experience through training at the FBI's Basic Field Training Course and everyday work relating to these types of investigations. Prior to my employment with the FBI, I was a sworn Police Officer with the Norfolk Police Department in Norfolk, Virginia from September 2008 until February 2017. During that time, I was assigned to various investigative units to include the sexual assault, family violence, and crimes against children units.

2. I am an "Investigative or Law Enforcement Officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for violations of federal criminal laws.

3. I make this affidavit in support of an application for a criminal complaint charging BRETT MICHAEL DADIG with three counts of Cyberstalking, in violation of 18 U.S.C. §§ 2261A(2)(A) and (B), in and around August 2025 (Count One), July 2025 through November 2025 (Count Two), and August 2025 through October 2025 (Count Three).

4. The following allegations are based upon your Affiant's personal observations, training and experience, along with information obtained from other agents, law enforcement personnel, and witnesses. This affidavit is submitted for the limited purpose of establishing probable cause. Accordingly, it does not include every fact known to me in connection with this investigation.

## STATUTORY ALLEGATIONS

5. Title 18, United States Code, Section 2261A(2)(A) and (B), provides that whoever—with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person—used and caused to be used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, or other facilities of interstate and foreign commerce, to engage in a course of conduct that placed the other person in reasonable fear of death or serious bodily injury or that caused, attempted to cause, or would reasonably be expected to cause substantial emotional distress to the other person, is guilty of cyberstalking.

## PROBABLE CAUSE

### Summary and General Allegations

6. BRETT MICHAEL DADIG ("DADIG"), who resides in the Western District of Pennsylvania, has cyberstalked multiple victims in the Western District of Pennsylvania and elsewhere.

7. DADIG has harassed, intimidated, and threatened his victims—many of whom he met at Pittsburgh fitness establishments—in posts on social media, on his podcast, and in repeated phone calls (including to their places of employment). DADIG has also traveled to

their places of employment to stalk and intimidate them. DADIG engaged in this course of conduct while he was subject to court-issued protection from abuse orders and after he was told by the police that he was banned from the victims' places of employment. Recently, DADIG began using an alias online and to frequent fitness centers in Pittsburgh.

8. DADIG also spent time in Iowa and Florida in and around August 2025 and September 2025 and was banned from fitness centers and other establishments in those states for conduct similar to the conduct detailed in this affidavit, including harassing women.

9. DADIG posts incessantly on social media and his podcast about his issues with women and violence. DADIG has referenced strangling people with his bare hands, called himself "God's assassin," stated that women who "fuck" with him are "going to fucking hell," and declared on his podcast that he is nice until he is pushed to the breaking point, at which point he will "stop at absolutely nothing to bury you into the fucking ground." DADIG's victims, who are constantly monitoring his online accounts to ascertain his location and state of mind (because of their fear of DADIG), have seen many of these posts, and the posts have added to the victims' fear and substantial emotional distress.

10. DADIG has also touted on social media that he has "manic" episodes and has been diagnosed with antisocial personality disorder and "bipolar disorder, current episode manic severe with psychotic features." DADIG's victims are aware of DADIG's claims about his mental health, and that knowledge has heightened their fear.

**DADIG's Cyberstalking of Person 1 and Employees of Business 1 (Count One)**

11. Person 1 first met DADIG at an event in June 2025. At the event, DADIG told Person 1 that he had "met my future wife." DADIG took a photograph with Person 1. DADIG

then obtained Person 1's parents' cell phone numbers from her phone and texted the photograph to them, claiming that he was excited to be their future son-in-law.

12. The Monday after the event, DADIG showed up to Person 1's place of employment—Business 1, a Pilates studio in of Pittsburgh.

13. Person 1 began speaking with DADIG in June 2025 but ended communications within weeks due to DADIG's aggressive, angry, and overbearing communications that made Person 1 uncomfortable. DADIG responded to Person 1's ending of communications by sending Person 1 an unsolicited nude photograph of himself.

14. On or about August 2 and 3, 2025, DADIG sent multiple text messages to Person 1. DADIG threatened to post about her on social media if she did not respond.

15. On or about August 5, 2025, DADIG called Business 1 and left a voicemail. DADIG stated that Person 1 should not be employed by Business 1 and claimed that Person 1 was harassing him.

16. DADIG also later repeatedly called Business 1 from different phone numbers.

17. On or about August 14, 2025, DADIG posted a photograph of Person 1 on Instagram. In the post, DADIG stated Person 1's full name and place of employment and claimed that Person 1 was verbally abusing him. DADIG asked others to share the post with Person 1 and Business 1 because he had been blocked by them on social media.

18. On or about August 16, 2025, Person 1 obtained an Emergency Protection from Abuse Order ("PFA") from the Court of Common Pleas of Allegheny County, Pennsylvania against DADIG.

19. DADIG was served with the Emergency PFA at his residence. DADIG then recorded and posted a podcast on Spotify titled "EMERGENCY POD #3: falsely accused & why I refuse to stay silent."

20. DADIG ranted about Person 1's Emergency PFA in the podcast. DADIG said "you want to fuck with me . . . come fuck with me . . . I promise you, you will regret it . . . see what fucking happens to you; it ain't going to be pretty for you." He called Person 1 a "cunt." DADIG also read aloud certain text messages that he had sent Person 1, which stated things such as, "you are truly garbage," "play stupid games, win stupid prizes," and "don't cry, I know how sensitive you are."

21. DADIG was arrested for a PFA violation.

22. On or about Augst 18, 2025, the Emergency PFA was extended to 10 days. DADIG was banned from Business 1 under the terms of the PFA.

23. On or about August 19, 2025, DADIG called Business 1. DADIG left a voicemail in which he threatened to come to the property to deliver a defamation lawsuit against Person 1 and said, "I am not messing around anymore" and "you play stupid games. You're going to win a stupid prize. This person [referring to Person 1] continues to run their mouth. They're going to be dealt with the consequences. Simple as that."

24. On or about August 20, 2025, DADIG recorded and posted another podcast on Spotify, titled "27 Hours in the ACJ," in which he referred to a "girl" who "filed a PFA" against DADIG. DADIG stated that he hoped the girl did not end up in jail herself but "play stupid games, win stupid prizes." DADIG stated that the people who state they want to kill you on Instagram are protected by "freedom of speech," so he should be able to state what he wants on his podcast.

25. On or about August 22, 2025, DADIG travelled to Business 1. Employees of the business locked him out of the building and called the police. DADIG was arrested for a second PFA violation.

26. On or about August 27, 2025, Person 1 was granted a Final PFA against DADIG, which expires on or about August 27, 2028.

27. Person 1 and the employees of Business 1 have a reasonable fear of death or serious bodily injury and have suffered substantial emotional distress based on DADIG's course of conduct. Person 1 and her family are terrified for Person 1's safety. Person 1 has lost sleep and has relocated from her home and changed other behavior due to her fear.

**DADIG's Cyberstalking of Person 2 and Employees of Business 2 (Count Two)**

28. In and around July 2025, DADIG had his membership revoked from a yoga studio in the Western District of Pennsylvania, Business 2, related to his behavior with female clients of the studio. Business 2 is located inside a mall.

29. On or about July 23, 2025, DADIG was informed by the police that Business 2 had listed him as a trespasser. DADIG promised the police that he would stay away from Business 2.

30. On or about August 20, 2025, DADIG traveled to Business 2, in violation of the police's warning. DADIG, who was very irate, stood outside Business 2 and threatened to sue the owner, Person 2, who resided in the Western District of Pennsylvania. Ater this incident, DADIG was banned from entire mall.

31. On or about August 20, 2025, DADIG posted Person 2's name and photograph on Instagram and asked others so "share this with [Person 2] since I can't tag."

DADIG stated, among other things:

    a. Enjoy the lawsuit baby girl (heart).

    b. I see you creeping. You can ban me from the mall, but you can't ban me for coming after everything you worked so hard to build.

    c. You deserve everything that is coming to you.

    d. Mall security can't save you when judgment day comes.

32. On or about October 22, 2025, DADIG posted on Instagram a video of himself wearing a hat bearing the logo of Business 2 and, while pointing to the hat, singing "I remember everything." DADIG captioned the video, "I'm in my soft villain area."

33. On or about October 29, 2025, DADIG attempted to book a class at another fitness establishment in the same mall as Business 2 even though DADIG had been informed by the police that he was banned from the mall.

34. On or about November 6, 2025, DADIG again posted on Instagram about Person 2 and Business 2, threatening to sue them and making claims that someone was spying on him for them. DADIG stated, "Poor [Person 2]," among other cryptic things.

35. Person 2 and the employees of Business 2 have a reasonable fear of death or serious bodily injury and have suffered substantial emotional distress based on DADIG's course of conduct. Person 2 and other employees of Business 2 are fearful for their safety and have changed their day-to-day behavior because of DADIG's stalking.

### DADIG's Cyberstalking of Person 3 (Count Three)

36. In and around May 2025, Person 3, who resided in the Western District of Pennsylvania, and DADIG went on a few dates.

37. On or about May 11, 2025, DADIG told Person 3, "tell your Mom I said Happy Mother's Day from your future son in law." Ultimately, however, Person 3 and DADIG did not enter into a serious relationship.

38. On or about June 7, 2025, DADIG approached Person 3 at an event hosted by another Pittsburgh gym. During the event workout, DADIG began yelling at and berating Person 3, accusing her of posting something negative about him online. DADIG was eventually banned from this Pittsburgh gym as well.

39. In and around August 2025, DADIG sent Person 3 harassing and disparaging text messages. DADIG posted some of these messages on his social media and made additional disparaging comments about Person 3 to accompany the posts.

40. On or about August 8, 2025, DADIG posted a podcast on Spotify titled "Flip the Script" in which he mentioned Person 3 by her full name and told her that she "ruined his entire life."

41. On or about August 21 or August 22, 2025, DADIG publicly posted an image of Person 3's LinkedIn profile (that contains her full name) online and stated "Yoooo [Person 3], I'm so sorry you still don't have a job and live off your grandpa. But keep my name out of your mouth [referring to the fact that Person 3 had called the police on him] . . . . You're an old fucking bag that's gonna die alone . . . ."

42. On or about August 22, 2025, DADIG posted a podcast on Spotify titled "[Person 3's First Name], Karens, & Keyboard Warriors," in which he read out loud some of the disparaging messages he had sent Person 3 earlier in the month. DADIG revealed what Pittsburgh neighborhood Person 3 lived in and said, "Come find me, bitch." DADIG ranted about Person 3

8

and others and said things like, "I'll break every motherfucking finger on both hands. Type the hate message on fucking toes, bitch." DADIG also talked about being in jail for PFA violations and stated he was willing to go back to jail. DADIG also threatened that the people who were "coming after him" better kill him because otherwise they would not "live to tell the tale." He added that he meant that "figuratively." DADIG also degraded Person 3's appearance and career multiple times in the podcast.

43. On or about August 22, 2025, DADIG posted another podcast on Spotify, "Untitled," in which he again blamed Person 3 for all his recent troubles ("[Person 3] is responsible for all of this") and threatened to kill himself.

44. On or about August 22, 2025, Person 3 was granted a Temporary PFA from the Court of Common Pleas of Allegheny County against DADIG.

45. On or about September 8, 2025, Person 3 obtained a Final PFA against DADIG, which expires on or about September 8, 2028. The terms of the Final PFA prohibit DADIG from referencing Person 3 on social media or on his podcast.

46. On or about October 28, 2025, DADIG posted on Instagram one of his prior podcasts referencing Person 3, which was a violation of the Final PFA. DADIG was arrested for a violation of the PFA, and ultimately the Final PFA was extended through November of 2028.

47. Person 3 has a reasonable fear of death or serious bodily injury and has suffered substantial emotional distress based on DADIG's course of conduct.

## CONCLUSION

48. Based upon the above information, your Affiant submits that there is probable cause to charge BRETT MICHAEL DADIG with three counts of Cyberstalking, in violation of 18 U.S.C. §§ 2261A(2)(A) and (B).

49. The above information is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

*/s/ Steven T. Nestoryak*
STEVEN T. NESTORYAK
SPECIAL AGENT, FBI

Sworn and subscribed before me, by telephone pursuant to Fed. R. Cim. P. 4.1(b)(2)(A) this 7th day of November, 2025.

_____
HONORABLE PATRICIA L. DODGE
United States Magistrate Judge