IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 25-1855 |
| BRETT MICHAEL DADIG | |

MOTION TO UNSEAL COMPLAINT,
ARREST WARRANT AND AFFIDAVIT

AND NOW, comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said district, and sets forth the following:

On November 7, 2025, a Complaint was filed and an Arrest Warrant was issued in the above-captioned case.

The Complaint, Arrest Warrant and Affidavit were then ordered sealed pending arrest of the above-captioned individual.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Complaint, Arrest Warrant and Affidavit due to the fact that the Arrest Warrant has been executed, and there is no further need for the Complaint, Arrest Warrant and Affidavit to remain sealed.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By:  *s/ Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316