AO458 (Rev. 5/85)   Appearance

# UNITED STATES DISTRICT COURT

WESTERN              DISTRICT OF              PENNSYLVANIA

UNITED STATES OF AMERICA

v.

BRETT MICHAEL DADIG

**APPEARANCE**

Case Number:  2:25-mj-01855-PLD-2

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for BRETT MICHAEL DADIG.

Date  11/10/25

Signature

Print Name  Michael E. Moser

Address  2661 Clearview Road - #8

City  Allison Park   State  PA   Zip Code  15101

Phone Number  412 753 0400

PA I.D. #  78844