IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 25-mj-1855 |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT DADIG | ) | ELECTRONICALLY FILED |

MOTION FOR CONTINUANCE OF PRELIMINARY EXAMINATION AND DETENTION HEARING

AND NOW COMES, the Defendant, Brett Dadig, by and through his counsel, Michael E. Moser, Esquire, filing the within Motion for Continuance of Preliminary Examination and Detention Hearing, and in support thereof, avers as follows:

1. Defendant, Brett Dadig is charged in a Criminal Complaint with three counts of Cyberstalking in violation of Title 18 U.S.C. §2261(A)(2)(A) and (B).

2. A preliminary examination and detention hearing have been scheduled for November 18, 2025 at 9:30AM before magistrate Judge Kelly.

3. Defense counsel requires additional time to prepare for these proceedings.

4. A rescheduling of Mr. Dadig's preliminary examination and detention hearing to a date and time which is convenient for the Court and the parties is respectfully requested.

5. AUSA Nicole Vasquez Schmitt consents to the within request.

WHEREFORE, the Defendant, Brett Dadig respectfully requests that this Honorable Court postpone and reschedule his preliminary examination and detention hearing.

Respectfully submitted,

Dated: November 13, 2025

/s/ Michael E. Moser
Michael E. Moser, Esquire
PA ID No. 78844
Law Office of Michael Moser
2661 Clearview Road - Suite 8
Allison Park, Pennsylvania 15101
(412) 753 0400
(412) 753 0400
mike@moserslaw.com
memoser@comcast.net