Boll

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 2:25-cr-289 |
| | ) |
| v. | ) (18 U.S.C. §§ 2261A(2)(A) and (B); |
| | ) 2261A(1)(A) and (B); and 875(c)) |
| BRETT MICHAEL DADIG | ) |
| | ) |

**FILED**

DEC 02 2025

### INDICTMENT

The grand jury charges:

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

### General Allegations as to All Counts

At all times relevant to the Indictment:

1.    The defendant, BRETT MICHAEL DADIG ("DADIG"), was a lifelong resident of Pittsburgh, Pennsylvania.

2.    DADIG recorded and posted podcasts online and considered himself a social media influencer, posting numerous times a day on Instagram and other platforms. Much of DADIG's online content related to his interactions with women.

3.    DADIG repeatedly spoke on his podcast and social media about his anger towards women. DADIG said women were "all the same" and called them "bitches," "cunts," "trash," and other derogatory terms. DADIG posted about how he wanted to fall in love and start a family, but no woman wanted him.

4.    DADIG stated in one of his podcasts, "It's the same from fucking 18 to fucking 40 to fucking 90. . . . Every bitch is the same. . . . You're all fucking cunts. Every last one of you, you're cunts. You have no self-respect. You don't value anyone's time. You don't do anything. . . . I'm fucking sick of these fucking sluts. I'm done."

5.    In and around the summer of 2025, DADIG was banned from fitness establishments and other places of business in Pittsburgh, Pennsylvania, and elsewhere, for harassing women and other conduct.

6.    On or about July 28, 2025, DADIG complained in one of his podcast episodes about women in Pittsburgh "run[ning] their fucking mouths" and stated that he would travel to other cities and countries to meet women instead. DADIG stated that women in other locations may "respect" him more than Pittsburgh women.

7.    DADIG traveled from Pittsburgh and spent the next few months visiting several other states (including New York, Florida, Iowa, Ohio, and others), harassing and threatening women and employees of fitness establishments online and in person. DADIG periodically returned to Pittsburgh throughout his travels and continued his stalking behavior in the Pittsburgh area as well.

8.    When DADIG was banned from gyms and businesses and was reported to the police in one location, he would move on to another location to continue his stalking course of conduct. DADIG began using an alias online and in person to frequent fitness centers. DADIG posted online that "Aliases stay rotating, moves stay evolving."

9.    DADIG harassed, intimidated, and threatened his victims in posts on social media, on his podcast, and in phone calls. DADIG traveled to certain of his victims' places of employment to harass and intimidate them. DADIG also physically followed certain of his victims from their places of employment and subjected at least one victim to unwanted sexual touching. DADIG engaged in this course of conduct while under court-issued protection from abuse orders and after he was told by the police that he was banned from the victims' places of employment.

2

10.    In addition to posting online about his anger towards women, DADIG referenced strangling people with his bare hands, called himself "God's assassin," warned he would be getting a firearm permit, asked "Y'all wanna see a dead body?" in response to a woman telling him she felt physically threatened by DADIG, and stated that women who "fuck" with him are "going to fucking hell."

11.    DADIG also discussed on his podcast how he used Chat GPT on an ongoing basis and that it was his "therapist" and his "best friend." According to DADIG, Chat GPT encouraged him to continue his podcast because it was creating "haters," which meant monetization for DADIG. DADIG also claimed that Chat GPT told him that "people are literally organizing around your name, good or bad, which is the definition of relevance." Chat GPT told him that God's plan for him was to build a "platform" and to "stand out when most people water themselves down," and that the "haters" were sharpening him and "building a voice in you that can't be ignored."

12.    DADIG asked Chat GPT questions about his future wife, including what she would be like and "where the hell is she at?" According to DADIG, Chat GPT responded, among other things, that his future wife would be fit and value health. Chat GPT told DADIG that he may meet his wife at a boutique gym or in an athletic community. Chat GPT advised DADIG that, "your job is to keep broadcasting every story, every post. Every moment you carry yourself like the husband you already are, you make it easier for her to recognize [you]." According to DADIG, Chat GPT told him to continue to message women and to go to places where the "wife type" congregates, like athletic communities.

13.    DADIG viewed Chat GPT's responses as encouragement to continue his harassing behavior.

14.    Also on his podcast, DADIG compared his "chaos on Instagram" to God's "wrath" when God "flooded the fucking Earth" and said, "I'm killing all of you."  DADIG also claimed that, like DADIG, Jesus "call[ed] people out."

15.    In addition, DADIG photographed women and posted their pictures online without their consent, sometimes including their names and locations.

16.    DADIG also posted on social media that he had "manic" episodes and was diagnosed with antisocial personality disorder and "bipolar disorder, current episode manic severe with psychotic features."

17.    In response to online criticism about his harassment of women, DADIG stated things like "Appreciate the free promo team, keep spreading the brand."

18.    DADIG's victims, who monitored his online accounts to ascertain his location and state of mind (because of their fear of DADIG), saw and heard DADIG's posts and podcasts (including those described above), and they added to the victims' fear for their safety and caused substantial emotional distress.

**DADIG's Cyberstalking of Person 1 and Employees of Business 1**

19.    Person 1 first met DADIG at an event in June 2025.  At the event, DADIG told Person 1 that he had "met my future wife."  DADIG took a photograph with Person 1.  DADIG then obtained Person 1's parents' cell phone numbers from her phone and texted the photograph to them, stating he was excited to be their future son-in-law.

20.    The Monday after the event, DADIG showed up to Person 1's place of employment—Business 1, a Pilates studio in Pittsburgh.

21.    Person 1 began speaking with DADIG in June 2025 but ended communications within weeks due to DADIG's aggressive, angry, and overbearing communications that made Person 1 uncomfortable. DADIG responded to Person 1's ending of communications by sending Person 1 an unsolicited nude photograph of himself.

22.    On or about August 2 and 3, 2025, DADIG sent multiple text messages to Person 1. DADIG threatened to post about her on social media if she did not respond.

23.    On or about August 5, 2025, DADIG called Business 1 and left a voicemail. DADIG stated that Person 1 should not be employed by Business 1 and claimed that Person 1 was harassing him.

24.    DADIG also later repeatedly called Business 1 from different phone numbers.

25.    On or about August 14, 2025, DADIG posted a photograph of Person 1 on Instagram. In the post, DADIG stated Person 1's full name and place of employment and claimed that Person 1 was verbally abusing him. DADIG asked others to share the post with Person 1 and Business 1 because he had been blocked by them on social media.

26.    On or about August 16, 2025, Person 1 obtained an Emergency Protection from Abuse Order ("PFA") against DADIG from the Court of Common Pleas of Allegheny County, Pennsylvania.

27.    DADIG was served with the PFA at his residence. DADIG then posted a podcast titled "EMERGENCY POD #3: falsely accused & why I refuse to stay silent."

28.    DADIG discussed Person 1's Emergency PFA in the podcast.  DADIG referenced people coming after him and stated, "you want to fuck with me . . . come fuck with me . . . I promise you, you will regret it . . . see what fucking happens to you; it ain't going to be pretty for you."  He called Person 1 a "cunt."  DADIG also read aloud certain text messages that he had sent Person 1, which stated things such as, "you are truly garbage," "play stupid games, win stupid prizes," and "don't cry, I know how sensitive you are."

29.    As a result of the foregoing, DADIG was arrested for a PFA violation.

30.    On or about August 18, 2025, the Emergency PFA was extended to 10 days.  In addition, DADIG was banned from Business 1 under the terms of the PFA.

31.    On or about August 19, 2025, DADIG called Business 1.  DADIG left a voicemail in which he threatened to come to the property to deliver a defamation lawsuit against Person 1 and said, "I am not messing around anymore" and "you play stupid games.  You're going to win a stupid prize.  This person [referring to Person 1] continues to run their mouth.  They're going to be dealt with the consequences.  Simple as that."

32.    On or about August 20, 2025, DADIG recorded and posted another podcast on Spotify, titled "27 Hours in the ACJ," in which he referred to a "girl" who "filed a PFA" against DADIG.  DADIG stated that he hoped the girl did not end up in jail herself but "play stupid games, win stupid prizes."  DADIG stated that the people who say they want to kill you on Instagram are protected by "freedom of speech," so he should be able to state what he wants on his podcast.

33.    On or about August 22, 2025, DADIG traveled to Business 1.  Employees of the business locked him out of the building and called the police.  DADIG was arrested for a second PFA violation.

34. On or about August 27, 2025, Person 1 was granted a Final PFA against DADIG, which expires on or about August 27, 2028.

35. Person 1 and the employees of Business 1 feared for their safety and suffered substantial emotional distress based on DADIG's conduct. Person 1 has lost sleep, relocated from her home, reduced her hours at work for fear that DADIG will return there, and changed other behavior due to her fear.

### DADIG's Cyberstalking of Person 2 and Employees of Business 2 and Interstate Threat to Person 2

36. In and around July 2025, DADIG had his membership revoked from a yoga studio in the Western District of Pennsylvania, Business 2, because of his behavior with female clients of the studio. Business 2 is located inside a mall.

37. On or about July 23, 2025, DADIG was informed by the police that Business 2 had listed him as a trespasser. DADIG promised the police that he would stay away from Business 2.

38. On or about August 20, 2025, DADIG traveled to Business 2, in violation of the police's warning. DADIG, who was very irate, stood outside Business 2 and threatened to sue the owner, Person 2, who resided in the Western District of Pennsylvania. After this incident, DADIG was banned from the entire mall.

39. On or about August 20, 2025, DADIG posted Person 2's name and photograph on Instagram and asked others to "share this with [Person 2] since I can't tag." DADIG stated, among other things:

    a. Enjoy the lawsuit baby girl (heart).

7

      b.  I see you creeping. You can ban me from the mall, but you can't ban me for coming after everything you worked so hard to build.

      c.  You deserve everything that is coming to you.

      d.  Mall security can't save you when judgment day comes.

40.     On or about October 22, 2025, DADIG posted on Instagram a video of himself wearing a hat bearing the logo of Business 2 and, while pointing to the hat, singing "I remember everything." DADIG captioned the video, "I'm in my soft villain era."

41.     On or about October 29, 2025, DADIG attempted to book a class at another fitness establishment in the same mall as Business 2 even though DADIG had been informed by the police that he was banned from the mall.

42.     On or about November 6, 2025, DADIG again posted on Instagram about Person 2 and Business 2, threatening to sue them and making claims that someone was spying on him for them. DADIG stated, "Poor [Person 2]."

43.     Person 2 and the employees of Business 2 feared for their safety and suffered substantial emotional distress based on DADIG's conduct. They changed their day-to-day behavior because of DADIG's conduct.

### DADIG's Cyberstalking of and Interstate Threat to Person 3

44.     In and around May 2025, Person 3, who resided in the Western District of Pennsylvania, and DADIG went on a few dates.

45.     On or about May 11, 2025, DADIG told Person 3, "tell your Mom I said Happy Mother's Day from your future son in law." Ultimately, however, Person 3 and DADIG did not enter into a relationship.

8

46.     On or about June 7, 2025, DADIG approached Person 3 at an event hosted by another Pittsburgh gym. During the event workout, DADIG began yelling at and berating Person 3, accusing her of posting something about him online. DADIG was eventually banned from this Pittsburgh gym as well.

47.     In and around August 2025, DADIG sent Person 3 harassing and disparaging text messages. DADIG posted some of these messages on his social media and made additional disparaging comments about Person 3 to accompany the posts.

48.     On or about August 8, 2025, DADIG, while he was in Des Moines, Iowa, posted a podcast on Spotify titled "Flip the Script" in which he mentioned Person 3 by her full name and told her that she "ruined my entire life." DADIG, addressing Person 3 and other "bitches" in Pittsburgh, stated that he knew that they wanted to have sexual intercourse with him, but that, "I'm still not going to fuck you."

49.     On August 19, 2025, while back in Pittsburgh, DADIG posted another podcast titled "How Not to Be a B!tch 101" in which he again named Person 3 by her full name. While discussing Person 3 and others, including Person 5 (discussed below), DADIG called the women "cunts" and said that they would "rot in motherfucking hell." DADIG stated to Person 3, "go fuck yourself."

50.     On or about August 21, 2025, DADIG posted a podcast on Spotify titled "You Win," in which he again referenced Person 3 by her full name, blamed her for all his recent troubles with the law ("[Person 3] is responsible for all of this"), and threatened to kill himself.

51.     On or about August 21 or August 22, 2025, DADIG publicly posted an image of Person 3's LinkedIn profile (that contained her full name) online and stated "Yoooo [Person 3], I'm so sorry you still don't have a job and live off your grandpa. But keep my name out of your mouth [referring to the fact that Person 3 had called the police on him] . . . . You're an old fucking bag that's gonna die alone . . . ."

52.     On or about August 22, 2025, DADIG posted a podcast on Spotify titled "[Person 3's First Name], Karens, & Keyboard Warriors," in which he read out loud some of the disparaging messages he had sent Person 3 earlier in the month. DADIG degraded Person 3's appearance and career multiple times in the podcast. Also in the podcast:

   a.  DADIG revealed what Pittsburgh neighborhood Person 3 lived in and said, "Come find me, bitch. Let's play. Let's play a game;"

   b.  DADIG stated, "You better fucking pray I don't find you. You better pray 'cause you would never say this shit to my face. Cause if you did, your jaw would be motherfucking broken. And then you, then you wouldn't be able to yap, then you wouldn't be able to fucking, I'll break, I'll break every motherfucking finger on both hands. Type the hate message with your fucking toes, bitch;"

   c.  DADIG discussed being in jail for PFA violations and stated he was willing to go back to jail; and

   d.  DADIG threatened that the people who were "coming after him" better kill him because otherwise they would not "live to tell the tale." He added that he meant that "figuratively."

10

53.     On or about August 22, 2025, Person 3 was granted a Temporary PFA against DADIG from the Court of Common Pleas of Allegheny County.

54.     On or about September 8, 2025, Person 3 obtained a Final PFA against DADIG, which expired on or about September 8, 2028.  The terms of the Final PFA prohibit DADIG from referencing Person 3 on social media or his podcast.

55.     On or about October 28, 2025, DADIG posted on Instagram one of his prior podcasts referencing Person 3, which was a violation of the Final PFA.  DADIG was arrested for a violation of the PFA, and ultimately the PFA was extended through November of 2028.

56.     Person 3 feared for her safety and suffered substantial emotional distress based on DADIG's conduct.

### DADIG's Cyberstalking of Person 4

57.     Person 4, who resided outside of Pennsylvania in 2025, is a former co-worker of DADIG's from when they both lived in Pittsburgh, Pennsylvania.

58.     In and around the spring and summer 2025, while residing in Pittsburgh, DADIG began disparaging Person 4, including calling her a "bitch" and a "cunt," in phone calls with Person 4's Pittsburgh colleague.  DADIG knew that Person 4 would learn about the comments.

59.     In and around June 2025, DADIG called Person 4 after he was apparently fired, and yelled at her.

60.     On or about September 11, 2025, Person 4 traveled to Florida on business. Person 4 learned that DADIG had posted a podcast in the middle of the night titled "Respectfully, I've Got the Receipts – Part 1 of ?"  DADIG stated on the podcast that he was traveling on I-75

11

south towards his destination, which turned out to be Florida. DADIG referenced a "girl" who "sucks" and gave work details about the "girl" that caused Person 4 to feel confident that DADIG was referencing her. He called the "girl" a "bitch," "fake," "racist," and other disparaging names. DADIG said on the podcast that he would not publicly name the "girl" but that if listeners messaged him, he would share her name. DADIG said she was one of the "worst people I've ever met in my entire life. And she knows who she is."

61.    DADIG also said on the podcast that he was nice until he was pushed to the breaking point, and then he would "stop at absolutely nothing to bury you into the fucking ground."

62.    In addition, DADIG stated on the podcast, "this is your warning. Just lock, lock the fuck in. You better start praying. You better change your ways because . . . it's reckoning hour. It's time, it's time to change your ways. Stop being a hater. Stop being a satanist. Time to pray and turn to God before it's too late. I'm just telling you, you pray and turn to God, I'll save you the public humiliation, okay?"

63.    DADIG sent a link to the podcast to Person 4's colleague in Pittsburgh, then posted that conversation on social media.

64.    After the podcast, DADIG also posted about Person 4 on social media.

65.    In addition, DADIG tagged himself on social media as staying in a hotel in Florida that was less than one mile from Person 4's corporate office where she was attending meetings.

66.    Person 4 feared for her safety and suffered substantial emotional distress based on DADIG's conduct.

**DADIG's Cyberstalking and Interstate Stalking of Person 5**

67.     On or about August 12, 2025, DADIG was in Des Moines, Iowa.  Around 2:00 p.m., Person 5, who was leaving her job at a salon, was walking to her car in a parking garage.

68.     DADIG approached Person 5, who was initially receptive to speaking with him.  DADIG followed Person 5 to her car and eventually subjected her to unwanted sexual touching, including putting his hands around her neck and touching her private areas.  DADIG also made multiple lewd sexual comments to Person 5.

69.     DADIG took pictures and a video of Person 5.  DADIG then posted about her online.

70.     Person 5 had agreed to go on a later date with DADIG.  When Person 5 cancelled the date, DADIG texted her "I know where you work."

71.     Person 5's siblings messaged DADIG to take down the posts of Person 5 and leave her alone.  DADIG then posted his messages with Person 5 and her siblings online.

72.     On or about August 19, 2025, while back in Pittsburgh, DADIG posted a podcast titled "How Not to Be a B!tch 101," in which he named Person 5 by her full name (including spelling it) and stated he wanted to put her and her "bitch" siblings "on blast."  DADIG called Person 5 "insane" and a "bitch" and discussed her throughout the podcast.  While ranting about Person 5 and others, including Person 3 (discussed above), DADIG called them "cunts" and said that they would "rot in motherfucking hell."

73.     Person 5 feared for her safety and suffered substantial emotional distress based on DADIG's conduct.

## DADIG's Interstate Stalking of Person 6 and Person 7

74.    On or about August 5, 2025, DADIG was in Tampa, Florida.  DADIG attended a fitness class at a gym in Tampa (Business 3) and waited for a female member who was training to be an employee, Person 6, to get out of class.  DADIG then followed Person 6 for two miles from Business 3 towards her apartment.

75.    While he was following Person 6, DADIG told Person 6 that he had just moved to Tampa from Pittsburgh and that he had been banned from Pittsburgh fitness studios because "females are dramatic, they called the cops on me and said I'm a danger to women." DADIG also made unwelcome comments about having children with Person 6.

76.    The next day, on or about August 6, 2025, DADIG attempted to approach Person 6 at the same spot where they had been walking the day before.  Person 6 went to campus security when she spotted DADIG.

77.    After the second interaction with Person 6, DADIG posted about her online.

78.    On or about August 6, 2025, Person 7, who was a manager at Business 3, called DADIG to inform him he had been banned from Business 3.  DADIG had also been filming female clients while they were taking classes at Business 3, which is against Business 3's policies.

79.    DADIG retuned the call and left a voicemail directed at Person 7, in which he stated that he would "burn your fucking business to the ground," complained that he was wrongfully banned after "you hear one little girl's story," and stated "you better call me back by noon or else the consequences won't be good for you.  And yes, that's a threat.  It's a veiled threat but it's a threat."

14

80.     DADIG also found Person 7's Instagram account and attempted to harass her and other employees of Business 3 online.

81.     In addition, on or about August 6, 2025, DADIG posted a podcast titled "Kicked from [Business 3] for simply existing," in which he referenced Person 7 and discussed being banned from Business 3.

82.     Person 6 and Person 7 feared for their safety and suffered substantial emotional distress based on DADIG's conduct.  Person 7 changed her day-to-day behavior and Business 3 hired a security team out of fear of what DADIG may do.

## DADIG's Interstate Stalking of Person 8

83.     In and around July 2025, DADIG traveled to New York City and met Person 8, who was an employee of Business 4, a gym with multiple locations in New York City.

84.     DADIG made inappropriate sexual comments to Person 8 that made her feel uncomfortable.

85.     DADIG also became angry when he claimed that Person 8 stood him up for a planned event.

86.     On or about August 3, 2025, DADIG, who by then had traveled to Florida, messaged Person 8, "You better pray we don't run into each other next time I'm in NYC.  You better have your therapist on speed dial.  Take care girlie."

87.     DADIG also called Business 4 and left a voicemail complaining about Person 8.

88.     Based on DADIG's conduct, Business 4 banned DADIG from all its New York City locations.

89.     In response to being banned, on or about August 6, 2025, DADIG posted a podcast about Person 8 on Spotify titled "Kicked from Every [Business 4] in New York City, Thanks [Person 8]," in which he called Person 8 a "sack of shit" and a "piece of garbage" and claimed it was "her fault" that he threatened her.

90.     DADIG messaged a link to the podcast to Person 8 and said, "Enjoy. I meant everything I said on that mic. Some people get closure. Others get exposure. You chose. Go run to daddy instead of taking accountability for your own selfish actions. Love that for you."

91.     Person 8 feared for her safety and suffered substantial emotional distress based on DADIG's conduct. Person 8 reduced her hours at work because DADIG, who often visited New York City, knew where to find her.

### DADIG's Interstate Stalking of Person 9

92.     On or about September 16, 2025, DADIG was in the hospital in St. Petersburg, Florida after a bicycle accident.

93.     While in the hospital, DADIG began to focus on one of the nurses working that night—Person 9. DADIG repeatedly asked for Person 9's phone number and home address.

94.     Person 9 went to the employee break room to hide from DADIG.

95.     DADIG took multiple pictures of Person 9 without her consent and posted them online. DADIG included the nurse's location and first name in the posts. DADIG captioned one of the photos, "I see your body in a white dresssssssssss" and called Person 9 his "wife."

96.     Person 9 saw DADIG take one of the photos and told him that he could not take photographs in the hospital.

97.    Person 9 saw DADIG's posts and feared for her safety and suffered emotional distress. She and the hospital made changes to security measures based on DADIG's conduct.

### DADIG's Interstate Threat to Person 10

98.    In and around August 2025, DADIG texted with Person 10, whom he had met doing yoga at Business 2.

99.    DADIG and Person 10 discussed in messages an incident in which DADIG had confronted Person 10. Person 10 messaged DADIG that she felt physically threatened by DADIG during that interaction.

100.    On or about August 5, 2025, DADIG posted Person 10's messages online and stated, among other things, "Y'all wanna see a dead body?"

101.    On or about September 7, 2025, DADIG posted a podcast on Spotify titled "Back and Better Than Ever" about Person 10, using her full name and discussing their interactions and messages.

### DADIG's Interstate Stalking of Person 11

102.    On or about July 22, 2025, DADIG met a woman online who lived in Ohio—Person 11.

103.    DADIG saved Person 11 as "[Person 11's first name] Dadig" in his phone contacts, giving her his last name. DADIG told Person 11 that he had done this.

104.    Person 11 has a young daughter and asked DADIG to never post about her or her daughter online. Despite this, DADIG posted an image containing their first names.

105.    DADIG also messaged Person 11 that he was "obsessed" with her daughter and that he was "literally turning myself on thinking about making babies with you."

106.    Person 11 never gave DADIG her home address.  However, on or about July 24, 2025, DADIG traveled from Pittsburgh to Person 11's home in Ohio.  Person 11 would not let him in her home (where her daughter was) and asked him to leave.  DADIG only agreed to leave after Person 11 posed in a picture with DADIG that he said he needed to send to his family.  Person 11 observed that DADIG sent the photograph to his family members.

107.    The next day, on or about July 25, 2025, DADIG again traveled to Person 11's home uninvited.  Person 11 refused to come outside, and her neighbors assisted her in getting DADIG to leave.

108.    On or about July 26, 2025, DADIG posted a podcast on Spotify titled "Triples, Haters & Legendary Moments," in which he discussed Person 11 and her daughter.  In the podcast, DADIG referred to Person 11 as his wife and her daughter as "my daughter."

109.    Person 11 feared for her and her daughter's safety and suffered substantial emotional distress based on DADIG's conduct.

## COUNTS ONE THROUGH FIVE
### (Cyberstalking)

110.    The allegations set forth in paragraphs 1 through 109 are incorporated by reference herein.

111.    In and around the dates set forth below, in the Western District of Pennsylvania and elsewhere, the defendant, BRETT MICHAEL DADIG, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, that is, the persons listed below, used and caused to be used interactive computer services,

18

electronic communication services, electronic communication systems of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct that placed the persons listed below in reasonable fear of death and serious bodily injury and that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to the persons listed below.

| COUNT | DATES | AFFECTED PERSONS |
|-------|-------|------------------|
| ONE | June 2025 – August 2025 | Person 1 and Employees of Business 1 |
| TWO | August 2025 – November 2025 | Person 2 and Employees of Business 2 |
| THREE | August 2025 – October 2025 | Person 3 |
| FOUR | May 2025 – October 2025 | Person 4 |
| FIVE | August 2025 | Person 5 |

In violation of Title 18, United States Code, Sections 2261A(2)(A) and (B).

## COUNTS SIX THROUGH ELEVEN
### (Interstate Stalking)

112.    The allegations set forth in paragraphs 1 through 109 are incorporated by reference herein.

113.    In and around the dates set forth below, in the Western District of Pennsylvania and elsewhere, the defendant, BRETT MICHAEL DADIG, traveled in interstate commerce, namely to and from the states listed below, with the intent to harass another person, and in the course of, and as a result of, such travel, placed the persons listed below in reasonable

fear of death and serious bodily injury and caused substantial emotional distress to the persons

listed below.

| COUNT | DATES | TRAVELED FROM | AFFECTED PERSONS |
|---|---|---|---|
| SIX | August 2025 | Pennsylvania to Florida to Iowa | Person 5 |
| SEVEN | August 2025 | Pennsylvania to Florida | Person 6 |
| EIGHT | August 2025 | Pennsylvania to Florida | Person 7 |
| NINE | July 2025 – August 2025 | Pennsylvania to New York | Person 8 |
| TEN | September 2025 | Pennsylvania to Florida | Person 9 |
| ELEVEN | July 2025 | Pennsylvania to Ohio | Person 11 |

In violation of Title 18, United States Code, Sections 2261A(1)(A) and (B).

## COUNTS TWELVE THROUGH FOURTEEN
### (Interstate Threats)

114.    The allegations set forth in paragraphs 1 through 109 are incorporated by

reference herein.

115.    On or about the dates set forth below, in the Western District of

Pennsylvania and elsewhere, the defendant, BRETT MICHAEL DADIG, did knowingly and

willfully transmit in interstate commerce a communication containing a threat to injure the person

of another, that is the defendant, BRETT MICHAEL DADIG, transmitted the following threats:

20

| COUNT | DATE | INTERNET PLATFORM | THREAT |
|---|---|---|---|
| TWLEVE | August 20, 2025 | Instagram | About Person 2: "Mall security can't save you when judgment day comes." |
| THIRTEEN | August 22, 2025 | Spotify | About Person 3: "You better fucking pray I don't find you. You better pray 'cause you would never say this shit to my face. Cause if you did, your jaw would be motherfucking broken. And then you, then you wouldn't be able to yap, then you wouldn't be able to fucking, I'll break, I'll break every motherfucking finger on both hands. Type the hate message with your fucking toes, bitch." |
| FOURTEEN | August 4, 2025 | Instagram | About Person 10: "Y'all wanna see a dead body?" |

In violation of Title 18, United States Code, Section 875(c).

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
First Assistant United States Attorney
PA ID No. 56816

_____
NICOLE VASQUEZ SCHMITT
Assistant United States Attorney
PA ID No. 320316

21