### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### CLERK OF COURT

UNITED STATES OF AMERICA

        Plaintiff,

v.                 Case No.: 2:25−cr−00289−MJH
                Judge Marilyn J. Horan

BRETT MICHAEL DADIG

        Defendant.

---

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

 NOTICE OF ARRAIGNMENT as to *BRETT MICHAEL DADIG*. Arraignment set for 12/9/2025 at 01:00 PM in Courtroom 9C before Magistrate Judge Maureen P. Kelly. (kss)

            Joseph F. Weis, Jr. U. S. Courthouse
                700 Grant Street
                Pittsburgh, PA 15219

December 2, 2025

                   s/ Brandy S. Lonchena, Clerk
                   s/ Karen Sawdy, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.