## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:25-cr-000289 |
| | ) | |
| BRETT MICHAEL DADIG | ) | |

## CHANGE OF PLEA

AND NOW, the defendant in the above entitled case hereby

withdraws his plea of not guilty entered December 9, 2025

And now pleads guilty in open court to Counts 1, 2, 3, 4, 6,

7, 8, 9, 10, 11 and 14 this 19th day of March 2026.

_____
(Defendant's Signature)

_____
(Attorney for Defendant's Signature)